1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JOSEPH KEYSHAWN JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRIBEC DEVELOPERS, INC., an entity, SHANE P. BRADY, an individual; NOEL BRADY, an individual; and DOES 1 through 20,<br><br>Defendants. | Case No. 2:03-CV-09092-SGL (Mcx)<br><br>**JUDGMENT** |

19
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

# JUDGMENT

In its Order of October 31, 2006 ("Order of October 31, 2006" [Docket No. 79]), this Court granted Plaintiff Joseph Keyshawn Johnson's ("Johnson") Motion to Enforce Settlement. The Court further ordered that Johnson is entitled to a Judgment to enforce his rights under the settlement and that Order. (Order of October 31, 2006, ¶ 4.)

On January 21, 2008, the Court awarded Johnson his attorneys' fees in connection with the December 17, 2007 hearing, in the amount of US$2,506.21. (Minute Order of January 21, 2008 [Docket No. 100].)

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

1. Johnson shall recover from Defendants Shane Brady, Noel Brady and Tribec Developers, Inc., joint and severally, the amount of US$299,561.64 (Order of October 31, 2006, ¶ 3), plus pre-judgment interest from October 25, 2006 to the date of entry of this Judgment at the rate of ten percent (10%) per annum.

2. Johnson shall recover from Defendants Shane Brady, Noel Brady and Tribec Developers, Inc., joint and severally, the amount of US$5,816.05, representing the reasonable fees and costs incurred by Johnson in connection with attending the hearing of October 25, 2006 (Order of October 31, 2006, ¶ 6), plus pre-judgment interest from October 26, 2006 to the date of entry of this Judgment at the rate of ten percent (10%) per annum.

3. Johnson shall recover from Defendants Shane Brady, Noel Brady and Tribec Developers, Inc., joint and severally, the amount of US$58,708.77, representing the reasonable fees and costs incurred by Johnson in connection with enforcing the settlement other than the fees and costs described in paragraph 2 hereof (Order of October 31, 2006, ¶ 7), plus pre-judgment interest from

October 25, 2006 to the date of entry of this Judgment at the rate of ten percent (10%) per annum.

4.  Johnson shall recover from Defendants Shane Brady, Noel Brady and Tribec Developers, Inc., joint and severally, the amount of US$5,334.38, representing the costs of the December 15, 2006 deposition of Defendant Shane Brady (Order of October 31, 2006, ¶ 8), plus pre-judgment interest from December 16, 2006 to the date of entry of this Judgment at the rate of ten percent (10%) per annum.

5.  Johnson shall recover from Defendants Shane Brady, Noel Brady and Tribec Developers, Inc., joint and severally, the amount of US$2,506.21, plus pre-judgment interest from December 18, 2007 to the date of entry of this Judgment at the rate of ten percent (10%) per annum.

6.  Pursuant to 28 U.S.C. § 1961, Johnson shall recover interest on the above amounts at the rate of 0.72% per annum, the weekly average 1-year constant maturity Treasury yield for the calendar week preceding this Judgment. (*See* attached Federal Reserve Statistical Release dated March 2, 2009.)

Dated: April 24, 2009

Hon. Stephen G. Larson
United States District Judge