LAW OFFICES OF IVAN K. STEVENSON
IVAN K. STEVENSON, BAR NUMBER: 62906
3868 W. Carson Street, Suite 304
Torrance, CA 90503
(310) 540-2138

Attorney for

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KEYSHAWN JOHNSON, | CASE NUMBER:   CV 03-09092 SGL (Mcx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| TRIBEC DEVELOPERS, INC., SHANE P. BRADY, JOEL BRADY, DOES 1-20, | |
| Defendants. | |

JUDGMENT is hereby entered for and on behalf of the Law Offices of Ivan K. Stevenson, pursuant to Court Orders issued on March 12, 2007 and October 22, 2007, and request Entry of Judgment is in the amount of $1,872.00, plus interest from March 26, 2007.

The Judgment is a against defendants, TRIBEC DEVELOPERS, INC., SHANE P. BRADY and JOEL BRADY.

DATED: Nov. 30, 2011          By: _____
                                  Judge Stephen G. Larson
                                  AUDREY COLLINS
                                  CHIEF U.S. DISTRICT JUDGE

Judgment